IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2004-1, <br><br> Plaintiff, <br><br> v. <br><br> LELIA JONES-WHEATFALL AND MICHAEL WAYNE WHEATFALL, <br><br> Defendant. | Civil Action No. 4:19-cv-4613 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

**CAME ON TO BE CONSIDERED** on this day the *Plaintiff's Motion for Attorneys' Fees* ("Motion") of Deutsche Bank National Trust Company, as Indenture Trustee of the Aames Mortgage Investment Trust 2004-1 ("Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED** that the Motion is GRANTED; it is further,

**ORDERED** that Plaintiff shall have and recover its attorney's fees in the amount of $9,399.00, not as a personal judgment against Defendants but as a further amount secured by the property at issue under the Note and Security Instrument.

Signed this __11__ day of __Feb.__ 2021.

_____
**U.S. DISTRICT JUDGE**